UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTURO TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMEN HOUSE RYOWA, et al.,<br><br>　　　　　Defendants. | Case No.: 06-00709 JW<br><br>**ORDER OF RECUSAL** |

　　　I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another referral Magistrate Judge. Once a new referral Magistrate Judge is assigned, the parties shall promptly make arrangements for a settlement conference before that judge.

Dated: *12/13/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge