JAMES DAL BON # 157942
DAL BON & WANG
12 South First Street, Suite 908
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045
Attorneys for Plaintiffs

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*8/27/2007*

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTURO TORRES, FIDEL BALLADERES, LAZORO BALLADERES, ALEJANDRO BALLADERESA, and BERNABE HOYAS,<br><br>Plaintiffs,<br><br>v.<br><br>RAMEN HOUSE RYOWA and NOBU NISHIMURA,<br><br>Defendants. | CASE NO.: C06-00709 JW<br><br>STIPULATION AND [PROPOSED ORDER] TO CONTINUE MOTION FOR SUMMARY JUDGMENT<br><br>Date: September 17, 2007<br>Time: 9:00 a.m.<br>Courtroom: 8<br>Judge: Honorable James Ware |

Plaintiffs, Arturo Torres, Fidel Balladeres, Lazoro Balladeres, Alejandro Balladeresa, and Bernabe Hoyas (collectively "Plaintiffs"), by and through its counsel of record, and Defendants, Ramen House Ryowa and Nobu Nishimura (collectively "Defendants"), by and through its counsel of record, hereby stipulate and agree to the following:

1. Plaintiffs have settled this case with the Defendants.

2. Plaintiffs and Defendants hereby request that the hearing for Summary Judgment currently scheduled for September 17, 2007 at 09:00 a.m., in Courtroom 8 of the above-referenced

STIPULATION AND [PROPOSED ORDER] TO CONTINUE
MOTION FOR SUMMARY JUDGMENT

TORRES, et al. v. RAMEN HOUSE AND NISHIMURA et al.
Case No. C06-00709:
PAGE 1

Court, is continued to November 19, 2007 at 9:00 or as soon thereafter as the Court permits. Defendants' opposition shall be filed on or before October 30, 2007

3. Plaintiffs' reply shall be filed on or before November 5 2007.

4. The parties will dismiss the case, cancel the calendared motion as soon as the settlement papers are signed.

Dated: 8/23/07    By: /s/jdb
                       James Dal Bon
                       Attorney for Plaintiffs

Dated: August 23, 2007    By: _____
                               Kinji Suzuki
                               Attorney for Defendants

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: August 27, 2007    By: _____
                               United States District Judge
                               James Ware

STIPULATION AND [PROPOSED ORDER] TO CONTINUE
MOTION FOR SUMMARY JUDGMENT

TORRES, et al. v. RAMEN HOUSE AND NISHIMURA et al.
Case No.C06-00709:
PAGE 2