United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Arturo Torres, et al., | NO. C 06-00709 JW |
|         Plaintiffs, | **ORDER TO SHOW CAUSE** |
|   v. | **RE: SETTLEMENT** |
| Ramen House Ryowa, et al., | |
|         Defendants. | |

On August 24, 2007, the parties informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 41.) In light of the settlement, the Court vacates all trial and pretrial dates. Plaintiffs' Motion for Summary Judgment is deemed withdrawn. On or before **November 12, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 19, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **November 12, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
2 this action.

4 Dated:  August 30, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang aqwang@dalbonandwang.com
Edward Satoshi Miyauchi edward@marshallsuzuki.com
James Dal Bon jdblaw@earthlink.net

**Dated: August 30, 2007**                                   **Richard W. Wieking, Clerk**

                                                             **By:    /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy**