JAMES DAL BON # 157942
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorneys for Plaintiffs

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

ARTURO TORRES, FIDEL BALLADERES, LAZARO BALLADERES, ALEJANDRO BALLADERES, AND BERNABE HOYAS

Plaintiffs,

vs.

RAMEN HOUSE RYOWA AND NOBU NISHIMURA AND DOES 1 - 10,

Defendants

Case No.: C06-00709 JW

STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiffs ARTURO TORRES, FIDEL BALLADERES, LAZARO BALLADERES, ALEJANDRO BALLADERES, AND BERNABE HOYA respectfully requests:

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release in October of 2007.

2. Each party is to bear its own costs and fees.

Stipulated Dismissal

1

Case No.: C06-00709 JW

1 Dated

2

3

4 _____
James Dal Bon for the Plaintiffs

5 Dated

6

7

8

9 _____
Junji Suziki Attorney for Defendants
Marshall Suziki Law Group

10

11

12

13 _____
Ed Manguran
Attorney for the Defendants

14

15

16

17

18

19

20

21

22

23

24

25

2    Case No.: C06-00709 JW

Stipulated Dismissal

IT IS SO ORDERED:

The Court retains jurisdiction to enforce the settlement agreement. The Clerk shall close this file.

Dated: November 14, 2007

By: *[signature: James Ware]*
United States District Judge
James Ware